[No. 3948-0-III.  Division Three.  September 28, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD ANTHONY BUTTERFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79-1-00803-7, William J. Grant, J., entered April 8, 1980. *Affirmed* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Roe, J.

[No. 5165-6-II.  Division Two.  September 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JEFFREY R. SIMMONS, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR-607, John H. Kirkwood, J., entered October 17, 1980. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Petrie, J.

[No. 5889-2-II.  Division Two.  September 30, 1982.]

*In the Matter of the Marriage of* BEVERLY J. TROSPER, *Appellant, and* ALLAN A. TROSPER, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 252311, Thomas A. Swayze, Jr., J., entered June 20, 1980. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, A.C.J., and Petrie, J.